NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1163
(Serial No. 11/466,338)

IN RE BILL J. BONNSTETTER and SUSAN J. FRONK

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

ON MOTION

ORDER

The appellants move for an extension of time, until May 24, 2010, to file their reply brief, and an extension of time, until May 31, 2010, to file their appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 04 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Edmund J. Sease, Esq.
    Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 04 2010

JAN HORBALY
CLERK